```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:10-00069

**RONALD KING**

## PROBATION REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On October 7, 2013, the United States of America appeared by Lisa G. Johnston, Assistant United States Attorney, and the defendant, Ronald King, appeared in person and by his counsel, David O. Schles, for a hearing on the petition on probation submitted by United States Probation Officer  Justin L. Gibson.  The defendant commenced a five-year term of probation in this action on November 30, 2010, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on December 15, 2010.

The court heard the evidence and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of probation in the following respect: the defendant committed the state offenses of domestic battery and domestic assault for which he was arrested on August 21, 2013, as so found by this court by a preponderance of the evidence and as more fully set forth on the record of the hearing wherein the court found that the defendant hit his wife with a cell phone and head butted her; as set forth in the petition on probation.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of probation and, further, that it would unduly depreciate the seriousness of the violation if probation were not revoked, it is ORDERED that the probation previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if

he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWO (2) MONTHS, to be followed by a term of one (1) year of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that he engage himself immediately in the Batterer's Intervention and Prevention Program administered by the YWCA in Charleston, West Virginia, at his expense, and participate fully in the program as instructed by the probation officer until its completion.

    The defendant was remanded to the custody of the United States Marshal.

    The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

    DATED:  October 25, 2013

    _____
    John T. Copenhaver, Jr.
    United States District Judge